1  JAMES P. KEMP, ESQ.
2  Nevada Bar No.: 6375
   VICTORIA L. NEAL, ESQ.
3  Nevada Bar No.: 13382
   KEMP & KEMP
4  7435 W. Azure Drive, Ste 110
   Las Vegas, NV  89130
5  702-258-1183 ph./702-258-6983 fax
   jp@kemp-attorneys.com
6  vneal@kemp-attorneys.com

7  *Attorneys for Plaintiff*
8  *Johnny L. Kendrick, Jr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| JOHNNY L. KENDRICK, JR., <br> Plaintiff, <br> v. <br> CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities; CAROLYN BANKS, in her official and/or individual capacities; and, SANDY JEANTETE, in her official and/or individual capacities, <br> Defendants. | Case No.:  2:18-cv-00781-JAD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 21)** <br><br> *(First Request)* |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff, Johnny L. Kendrick, Jr. (herein "Plaintiff"), by and through his undersigned counsel, James P. Kemp, Esq., and Victoria L. Neal, Esq., of the law firm of Kemp & Kemp, and Defendants, Clark County, *et al.,* by and through its undersigned counsel, Steven B. Wolfson, District Attorney, and Scott R. Davis, Deputy District Attorney,  hereby agree to extend the time for Plaintiff to file a response to Defendants' Motion to Dismiss (ECF No. 21), up to and including September 19, 2018. The

present deadline is September 12, 2018. Hearing on this matter is set for October 15, 2018. This is the parties' first request for an extension of time to respond to Defendants' Motion to Dismiss.

Plaintiff's counsel would like the additional time to thoroughly review and conduct the required research of Defendants' position and case law in order to appropriately and completely respond to their arguments. Both of Plaintiff's counsel have been extraordinarily busy including, but not limited to, attending a two-day DIR conference, drafting an opening brief to the Ninth Circuit Court of Appeals, drafting a writ of certiorari to the United States Supreme Court, drafting an opening brief to the Supreme Court of Nevada, drafting complaints for which the Right To Sue (EEOC) deadlines were to expire, responding to discovery requests, drafting initial disclosures, drafting additional motions or replies including a motion to enforce, client meetings for deposition and ENE prep, court appearances, and the intervening Labor Day holiday.

…

…

…

…

…

…

…

…

…

…

…

…

…

Therefore, the parties agree that an extension of time is appropriate.

**IT IS SO STIPULATED:**

Dated: September 10, 2018.                    Dated: September 10, 2018.


Respectfully submitted,                       Respectfully submitted,


/s/ Victoria L. Neal                          /s/ Scott R. Davis
JAMES P. KEMP, ESQ.                           STEVEN B. WOLFSON
VICTORIA L. NEAL, ESQ.                        DISTRICT ATTORNEY
KEMP & KEMP                                   SCOTT R. DAVIS
                                              DEPUTY DISTRICT ATTORNEY

Attorneys for Plaintiff                       Attorneys for Defendant
JOHNNY KENDRICK, JR.                          CLARK COUNTY, JOHN MARTIN, PATRICK
                                              SCHREIBER, SANDY JEANTETE and
                                              CAROLYN BANKS


**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT COURT JUDGE
JENNIFER A. DORSEY
Dated: September 10, 2018.