1  JAMES P. KEMP, ESQ.
   Nevada Bar No.: 6375
2  VICTORIA L. NEAL, ESQ.
   Nevada Bar No.: 13382
3  KEMP & KEMP
4  7435 W. Azure Drive, Ste 110
   Las Vegas, NV  89130
5  702-258-1183 ph./702-258-6983 fax
   jp@kemp-attorneys.com
6  vneal@kemp-attorneys.com

7
   *Attorneys for Plaintiff*
8  *Johnny L. Kendrick, Jr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| JOHNNY L. KENDRICK, JR., | Case No.: 2:18-cv-00781-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER** |
| CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities; CAROLYN BANKS, in her official and/or individual capacities; and, SANDY JEANTETE, in her official and/or individual capacities, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiff JOHNNY L. KENDRICK ("Plaintiff") by and through its counsel, Kemp & Kemp, and Defendant CLARK COUNTY ("Defendant"), by and through its counsel, Clark County District Attorney, hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 24) by extending the outstanding discovery deadlines for a period of sixty (60) days. This is the first request for an extension to the discovery plan and scheduling order in this matter.  The requested extension is sought in good faith and not for purposes of delay.

1

## **REASONS FOR REQUESTING EXTENSION**

The parties have worked diligently and cooperatively in resolving discovery issues in this matter so as to avoid intervention by the Court. This includes, but is not limited to, allowing additional time to answer formal written discovery requests. Currently, the parties are engaged in amicable discussions to resolve issues surrounding the production of non-party employee comparator files and finalizing a negotiated protective order. Production of these comparator files is critical to prosecute and/or defend this case and requires the utmost care to protect any possible privacy concerns of the non-party employee comparators. In addition, the parties have engaged in further settlement discussions. If this matter could be resolved, this would save the parties and the Court valuable time and resources. Finally, Plaintiff's counsel has two (2) trials set for the month of April (one in Federal Court and one in State Court), and Defendant's counsel has trial set for the month of May.

**1.    DISCOVERY COMPLETED TO DATE:**

**Plaintiff:**

| | |
|---|---|
| Initial disclosures to Defendant | September 12, 2018 |
| First supplemental disclosures to Defendant | November 16, 2018 |
| First set of written discovery to Defendant | January 18, 2019 |
| Second supplemental disclosures to Defendant | February 11, 2019 |
| Expert Witness Disclosure | February 11, 2019 |
| Responses to Defendant's written discovery | February 11, 2019 |

**Defendant:**

| | |
|---|---|
| Initial disclosures to Plaintiff | September 10, 2018 |
| First set of written discovery to Plaintiff | January 4, 2019 |
| First supplemental disclosures to Plaintiff | December 28, 2019 |

**2.     DISCOVERY YET TO BE COMPLETED:**

Both Plaintiff and Defendant have depositions to conduct. Plaintiff will be able to schedule his depositions once he has received and reviewed responses to his first set of written discovery requests. Currently, without the benefit of responses to written discovery requests, Plaintiff anticipates having to take the depositions of nine (9) individual deposition and a 30(b)(6) deposition.  Plaintiff will also be issuing subpoenas for records of non-party employee comparators. Defendant will take the deposition of Plaintiff.   In addition, the need may arise to take the deposition of the Person Most Knowledgeable for Nevada Peace Officers Standards and Training in Carson City.  Each party may also need to conduct additional written discovery.

**3.     PROPOSED REVISED DISCOVERY PLAN:**

**A.     Summary of Proposed Changes**

|  | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| **Close of Discovery** | **Monday, April 22, 2019** | **Friday, June 21, 2019** |
| **Dispositive Motions** | **Wednesday, May 22, 2019** | **Monday, July 22. 2019** |
| **Pretrial Order** | **Friday, June 21, 2019** | **Wednesday, August 21, 2019** |

**B.     Discovery Cut-Off Date:  Friday, June 21, 2019.**

**C.     Dispositive Motions:** Dispositive motions may be filed no later than **Monday, July 22. 2019 (July 21, 2019 being a Sunday)**, which is not later than thirty (30) days from the discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulation and Order to Extend Discovery Deadlines and Scheduling Order (First Request), the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days from the subsequent discovery cut-off date.

**D. Pretrial Order:** The pretrial order shall be filed by **Wednesday, August 21, 2019,** which is not later than thirty (30) days after the date set for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.

**E. Additional Extensions of the Discovery Plan and Scheduling Order:** The last day for the parties to file their Motion and/or Stipulation to Extend a deadline subject to this Stipulation and Order to Extend Discovery Deadlines and Scheduling Order shall be at least twenty-one (21) days before the expiration of the deadline, and comply fully with LR 26-4.

Dated: March __27___, 2019.                    Dated: March __27___, 2019.

Respectfully submitted,                         Respectfully submitted,

/s/ Victoria L. Neal                            /s/ Scott R. Davis
JAMES P. KEMP, ESQ.                             STEVEN B. WOLFSON
VICTORIA L. NEAL, ESQ.                          DISTRICT ATTORNEY
KEMP & KEMP                                     SCOTT R. DAVIS
                                                DEPUTY DISTRICT ATTORNEY

Attorneys for Plaintiff                         Attorneys for Defendant
JOHNNY KENDRICK, JR.                            CLARK COUNTY, JOHN MARTIN, PATRICK
                                                SCHREIBER, and SANDY JEANTETE

**ORDER**

**IT IS SO ORDERED.**
Dated: March 28, 2019.

_____
HON. GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE