JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Johnny L. Kendrick, Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JOHNNY L. KENDRICK, JR., | Case No.: 2:18-cv-00781-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities; CAROLYN BANKS, in her official and/or individual capacities; and, SANDY JEANTETE, in her official and/or individual capacities, | ECF No. 47 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 25th day of September, 2019          Dated this 25th day of September, 2019

Respectfully submitted,                          Respectfully submitted,

/s/ VICTORIA L. NEAL                             /s/ SCOTT R. DAVIS
JAMES P. KEMP, ESQ.                              STEVEN B. WOLFSON
VICTORIA L. NEAL, ESQ.                           DISTRICT ATTORNEY
KEMP & KEMP                                      SCOTT R. DAVIS
                                                 DEPUTY DISTRICT ATTORNEY

Attorneys for Plaintiff                          Attorneys for Defendant
JOHNNY KENDRICK, JR.                             CLARK COUNTY, JOHN MARTIN, PATRICK
                                                 SCHREIBER, and SANDY JEANTETE

## **ORDER**

Based on the parties' stipulation **[ECF No. 47]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 26, 2019

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983